# United States Court of Appeals

## For the Eighth Circuit

_____

No. 13-2651

_____

Frank Dean Teague

*Plaintiff - Appellant*

v.

Lindee Rice, RN, Clinical Coordinator, Scott County Jail Correctional Health Services

*Defendant - Appellee*

_____

Appeal from United States District Court
for the Southern District of Iowa - Des Moines

_____

Submitted: March 20, 2014
Filed: April 8, 2014
[Unpublished]

_____

Before BYE, GRUENDER, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Frank Teague appeals the district court's[1] adverse grant of summary judgment in his pro se 42 U.S.C. § 1983 action against Lindee Rice, a nurse, who he claims was

_____

[1]The Honorable Ronald E. Longstaff, United States District Judge for the Southern District of Iowa.

deliberately indifferent to his serious medical needs when he experienced dangerously low blood sugar levels related to his diabetes, while he was in jail. Upon careful de novo review, we conclude that the summary judgment record established beyond genuine dispute that Rice did not deliberately disregard Teague's serious medical needs, and we therefore conclude that summary judgment was properly granted in Rice's favor. See Meuir v. Greene Cnty. Jail Emps., 487 F.3d 1115, 1118 (8th Cir. 2007) (grant of summary judgment reviewed de novo); Schaub v. VonWald, 638 F.3d 905, 914 (8th Cir. 2011) (to prevail on Eighth Amendment claim for deprivation of medical care, inmate must show defendant knew of, but deliberately disregarded, objectively serious medical need); see also Hartsfield v. Colburn, 371 F.3d 454, 456-57 (8th Cir. 2004) (pretrial detainees' claims are evaluated under Due Process Clause rather than Eighth Amendment; however, same deliberate-indifference framework applies to inadequate-medical-care claims under either constitutional provision).

Accordingly, we affirm. See 8th Cir. R. 47B.

_____